UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARVIN LIDDELL LOTT,                    )
                                        )
        Plaintiff,                      )
                                        )
        vs.                             )        Case No. 4:05CV1386CEJ(MLM)
                                        )
DAVE DORMIRE,                           )
                                        )
        Defendant.                      )

## ORDER

This matter is before the court on three Motions filed by petitioner: Motion to Dismiss and Strike Respondent's Response Amended Motion as to Grounds 7 & 8 of His Writ & Motion Please Change Case No. [Doc. 14]; Motion to Immediately Send Petitioner a Docket Sheet [Doc.15]; Motion to Change Case No. and Pressure FBI to Do Fingerprint Test to Aubrey Morgan 7D-213 [Doc. 16].

In these Motions petitioner asks the court:

1.      To dismiss respondent's response.  This issue has been dealt with in the court's Report and Recommendation and thus this part of the Motion will be denied as moot.

2.      To change the case number for "security reasons" because an inmate stole a motion petitioner filed.  He alleges this inmate told him he copied petitioner's handwriting and put scurrilous matters in the motion and filed it in this court.  No threats or documents containing other scurrilous matters have been filed and thus this part of the Motion will be denied.

3.      To send him a docket sheet.  This will be granted.

4.      To direct the FBI to fingerprint the inmate who allegedly stole petitioner's motion.  No motion or document containing threats or other scurrilous matters has been filed in this court.  Therefore, this part of the Motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's Motion to Dismiss and Strike Respondent's Response is **DENIED** as moot. [Doc. 14-1]

**IT IS FURTHER ORDERED** that petitioner's Motion to Change the Case No. is **DENIED.** [Doc. 14-2]

**IT IS FURTHER ORDERED** that petitioner's Motion to Send Him a Docket Sheet is **GRANTED.** The Clerk's Office is directed to print and mail petitioner a current docket sheet. [Doc. 15]

**IT IS FURTHER ORDERED** that petitioner's Motion to Change the Case No. is **DENIED.** [Doc. 16-1]

**IT IS FURTHER ORDERED** that petitioner's Motion to Direct the FBI to Fingerprint Aubrey Morgan is **DENIED.** [Doc. 16-2]

/s/Mary Ann L. Medler
**MARY ANN L. MEDLER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this __21st__ day of November, 2005.