# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MARVIN LIDDELL LOTT,        )
                      )
     Petitioner,          )
                      )
     vs.                )         Case No. 4:05CV1386CEJ(MLM)
                      )
DAVE DORMIRE,          )
                      )
     Respondent.      )

## ORDER

      This matter is before the court on petitioner's Motion for a PR Bond and Emergency According to Fed Rule Civ Proc 37 (3) I Must Be Release Instantly. Judgement of Default I Ask to be Immediately Granted. Habeas Corpus Must be Ordered Today to Release the Petitioner Marvin Lott. [Doc. 18]

      In this Motion petitioner requests immediate release because respondent's Response to Order to Show Cause did not deal with two of petitioner's claims. Respondent filed an Amended Response three days thereafter in which respondent dealt with the two claims inadvertently omitted in its first Response.

      The court has ruled on six motions filed by petitioner dealing with this issue. See Report and Recommendation [Doc. 13] and Order [Doc. 17]. For the reasons stated therein, the instant Motion will be denied.

      Accordingly,

      **IT IS HEREBY ORDERED** that petitioner's Motion for a PR Bond and Emergency According to Fed Rule Civ Proc 37 (3) I Must Be Release Instantly. Judgement of Default I Ask to be Immediately Granted. Habeas Corpus Must be Ordered Today to Release the Petitioner Marvin Lott is **DENIED** as moot. [Doc. 18]

                                  /s/Mary Ann L. Medler
                                  MARY ANN L. MEDLER
                                  UNITED STATES MAGISTRATE JUDGE

Dated this __28th__ day of November, 2005.